UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

DION JEROME BLUNT,

    Defendant.

Criminal No. 25−mj−30641

Originating No. 3:22-cr-00147-K-1

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant DION JEROME BLUNT to answer to supervised release violation allegations pending in another federal district, and states:

1. On October 15, 2025, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Northern District of Texas based on a Petition. Defendant is charged in that district with a violation of Supervised Release.

2. Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEROME F. GORGON, JR.
        United States Attorney

        s/Sean King
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        Sean.King@usdoj.gov
        (313) 226-9727

Dated:  October 15, 2025